# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JANET AGARDY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTURA HEALTH CORPORATION,<br><br>    Defendant. | Civil Action No. 1:21-cv-00155 |

## STIPULATION DISMISSING ACTION WITH PREJUDICE

Plaintiff Janet Agardy and Defendant Centura Health Corporation hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the action referenced above shall be dismissed with prejudice as against all Parties. The Parties shall bear their own attorneys' fees and costs. The Parties request that the Court "so order."

Respectfully submitted,

/s/ *R. Bruce Carlson*
R. Bruce Carlson
bcarlson@carlsonlynch.com
CARLSON LYNCH LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246

*Counsel for Plaintiff Janet Agardy*

/s/ *Robert W. Steinmetz*
Traci L. Van Pelt
Robert W. Steinmetz
McCONNELL VAN PELT, LLC
4700 South Syracuse Street, Suite 200
Telephone: (303) 480-0400
Facsimile: (303) 458-9520

*Counsel for Defendant Centura Health Corporation*

SO ORDERED this _____ day of June, 2021

_____
**Hon. R. Brooke Jackson**
**United States District Court Judge**